[No. 25502-9-I. Division One. April 8, 1991.]

*In the Matter of the Welfare of* K.M.S.

MACK SHORT, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-7-00778-0, Steven G. Scott, J., entered December 15, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 25093-1-I. Division One. April 8, 1991.]

ROSS P. HEBB, ET AL, *Appellants,* v. KRISTY KANIS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-11664-2, Mary Wicks Brucker, J., entered October 6, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Pekelis, JJ.

[No. 12872-1-II. Division Two. April 8, 1991.]

HOME SAVINGS OF AMERICA, *Respondent,* v. RICKY R. SEXTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-07378-1, Arthur W. Verharen, J., entered April 14, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Worswick, C.J., and Alexander, J.